IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE M. QUINONES, : | |
| Petitioner, : | |
| v. : | CIVIL ACTION |
| : | NO. 13-1045 |
| KENNETH CAMERON, et al., : | |
| Respondents. : | |

**ORDER**

**AND NOW**, this ____ day of September, 2013, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (Doc. 1), and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. 6), **IT IS HEREBY ORDERED and DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED** without prejudice; and

3. A certificate of appealability **SHALL NOT** issue.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**